

IT IS ORDERED as set forth below:

Date: September 7, 2023

_____

Barbara Ellis-Monro
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BENNETT JAMES KING | : | CASE NO 23-40435-BEM |
| SARA GRACE-PATRICIA KING | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| FBC MORTGAGE, LLC, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| BENNETT JAMES KING | : | |
| SARA GRACE-PATRICIA KING | : | |
| K. EDWARD SAFIR, Trustee, | : | |
| Respondents. | : | |

### CONSENT ORDER ON MOTION FOR RELIEF
### FROM AUTOMATIC STAY

**FBC Mortgage, LLC**, for itself, its successors and assigns (the "Movant"), filed a *Motion for Relief from Automatic Stay* (the "Motion") **June 29, 2023**, which was set for hearing on **August 30, 2023** (the "Hearing"). Movant seeks relief as to Debtors' real property located in Bartow County, Georgia, now or formerly known as **61 NORTON RD, KINGSTON, GA 30145** (the "Property"), as

more particularly described in Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

After deduction of an instantor payment (if applicable) and/or deduction of amounts to be added to the Plan (if applicable), Movant asserts that it is owed postpetition mortgage arrearages totaling **$8,042.03**. This figure includes the following:

| Description | FROM | TO | Quantity | Amount | Total |
| --- | --- | --- | --- | --- | --- |
| Missed Payment Group 1 | 04/01/2023 | 07/01/2023 | 4 | $1,642.92 | $6,571.68 |
| Missed Payment Group 2 | 08/01/2023 | 09/01/2023 | 2 | $1,877.70 | $3,755.40 |
| Bankruptcy Fees and Costs | | | 1 | $1,038.00 | $1,038.00 |
| Suspense Balance Credit | | | 1 | $-1,623.05 | $-1,623.05 |
| Minus Instantor Payment due on 09/15/2023 | | | 1 | $-1,700.00 | $-1,700.00 |

Debtors agreed to cure the arrearage of **$8,042.03** by making payments to Movant in the amount of **$893.56** for the next **eight (8)** consecutive months and **one (1)** payment in the amount of **$893.55**, to be tendered in addition to the regular monthly mortgage payments on or before the **15**th day of each month beginning in **October 2023**.

Beginning on **October 1, 2023**, Debtors shall pay Movant all future monthly mortgage payments when due. These payments as well as the cure payments shall be sent by check, money order, or certified funds to:

> Cenlar FSB
> 425 Phillips Blvd.,
> Ewing, NJ 08618

Accordingly, by consent, it is hereby

**ORDERED** that:

The ongoing mortgage payments and the payments necessary to cure the post-petition mortgage arrearage shall be governed by Strict Compliance provisions (identified below as the "Delinquency

<u>Motion</u>" procedure).

Upon delinquency by Debtors in the payment of any sum specified herein for a period of **ten (10)** months beginning in **September 15, 2023**, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A)   Counsel for Movant shall serve the Trustee, Debtors, and Debtors` counsel of record with written notice of the specific facts of the delinquency (the "**<u>Delinquency Notice</u>**"); said notice may be contained in a letter but shall

> (1)   state that Debtors may cure the delinquency within ten (10) calendar days of receipt of said notice, and
>
> (2)   provide the correct street address for mailing or delivering such payment; Pursuant to this Order, Debtors shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that
>
>> (a)   the Delinquency Notice is properly addressed to Debtors at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGa, unless Movant or Counsel for Movant receives notice in writing of a change in Debtors` address within a reasonable time prior to mailing of the Delinquency Notice; and
>>
>> (b)   the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B)   If Debtors fail to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file, after service on both Debtors and Debtors` counsel:

(1) **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion will be accompanied by an affidavit **from Movant** setting forth the specific facts of the delinquency;

(2) a copy of the **Delinquency Notice**; and

(3) **a proposed order** (the Motion, affidavit, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon entry of an order modifying the automatic stay, the Chapter 13 Trustee shall cease funding the Movant's claim. Upon completion of any foreclosure sale by Movant, all proceeds exceeding Movant's lawful debt shall be remitted promptly to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor


Consented to by:

/s/ Jeffrey B. Kelley
Jeffrey B. Kelly, Esq.
GA State Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
678-861-1127
kellycourtnotices@gmail.com
Attorney for Debtors

No Opposition to by:

/s/ Sonya Buckley Gordon
Sonya Buckley Gordon
Staff Attorney for K. Edward Safir
GA State Bar No. 140987
Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Bennett James King
61 Norton Rd
Kingston, GA 30145

Sara Grace-Patricia King
61 Norton Rd
Kingston, GA 30145

Jeffrey B. Kelly, Esq.
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161

K. Edward Safir, Trustee
Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071